## IN THE SUPREME COURT OF THE STATE OF NEVADA

RENOWN HEALTH, A NEVADA NON-PROFIT CORPORATION; AND DAVID LINE, AN INDIVIDUAL,

        Petitioners,

vs.

THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE ELLIOTT A. SATTLER, DISTRICT JUDGE,

        Respondents,

and

THE ESTATE OF RENO B. ("KELLY") TESTOLIN, AN INDIVIDUAL; BRYAN CAVE, LLP, A CALIFORNIA LIMITED LIABILITY COMPANY; AND STEVEN H. SUNSHINE, AN INDIVIDUAL,

        Real Parties in Interest.

No. 78641

**FILED**

JUL 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

Cause appearing, petitioners' motion for a voluntary dismissal of this petition is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

19-29253

cc: Hon. Elliott A. Sattler, District Judge
McDonald Carano LLP/Reno
Leonard Law, PC
Boies Schiller Flexner LLP
Dunlap & Laxalt
Woodburn & Wedge
Washoe District Court Clerk